**DISMISS; Opinion Issued April 22, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01314-CV**

**DENNIS MCCLAIN, Appellant**
**V.**
**WADE HAMPTON GOLF CLUB, INC., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05794-A**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice Moseley

The Court has before it appellant's April 15, 2013 unopposed motion to dismiss the appeal. Appellant states the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Jim Moseley/
JIM MOSELEY
JUSTICE

121314F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DENNIS MCCLAIN, Appellant

No. 05-12-01314-CV          V.

WADE HAMPTON GOLF CLUB, INC.,
Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-11-05794-A.
Opinion delivered by Justice Moseley,
Justices O'Neill and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We

**ORDER** that each party bear its own costs of the appeal.

Judgment entered this 22nd day of April, 2013.

/Jim Moseley/

JIM MOSELEY
JUSTICE